# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **In re:** <br><br> **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, <br><br> Debtors.[1] | **Chapter 11** <br><br> **Case No.: 15-32919-KRH** <br><br> **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SHERVIN ESHAGHIAN MD INC. D/B/A BEVERLY HILLS CARDIOLOGY,** *et al.*, <br><br> **Defendants.** | **Adv. Proc. No. 17-03707-KRH** |

## CERTIFICATE OF SERVICE

I, Jennifer T. Langley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on June 30, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

> FARHAD SHAMLOO
> REGISTERED AGENT
> 1722 WESTWOOD BLVD., SUITE 103
> LOS ANGELES, CA 90024

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
Jennifer T. Langley (VSB No. 81454)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone: (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

SHERVIN ESHAGHIAN
PRESIDENT
232 S. CANON DRIVE
BEVERLY HILLS, CA 90212

SHERVIN ESHAGHIAN
232 S. CANON DRIVE
BEVERLY HILLS, CA 90212

Under penalty of perjury, I declare that the foregoing is true and correct.

June 30, 2017                               /s/ Jennifer T. Langley
Date                                             Signature

| Print Name: |
| --- |
| Jennifer T. Langley |
| Business Address: |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |